THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRENDAN WARD MASONRY, INC. | : |
| Plaintiff | : |
| | : BREACH OF CONTRACT |
| v. | : |
| WU & ASSOCIATES, INC. | : JURY TRAIL DEMANDED |
| Defendant | : CIVIL NO. |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of <u>John E. Hilser, Esquire</u> to represent the Plaintiff, <u>Brendan Ward Masonry, Inc.</u> in this matter.

ABER, GOLDLUST, BAKER & OVER

_____
PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
pgoldlust@gablawde.com
*Attorneys for Brendan Ward Masonry, Inc.*

DATED: <u>November 21, 2007</u>

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I, John Hilser, am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, New Jersey and Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _John Hil_____

Date: _11/21/07_____

John E. Hilser, Esquire
DEVLIEGER HILSER, P.C.
1518 Walnut Street, 16th Floor
Philadelphia, PA 19102
T: (215) 735-9181
F: (215) 735-9186
jhilser@dvhlaw.com

F:\Brendan Ward.110\Willimington Job.001\plds\Certification-Hisler.wpd

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BRENDAN WARD MASONRY, INC.,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | BREACH OF CONTRACT |
| | : | |
| v. | : | |
| | : | |
| **WU & ASSOCIATES, INC.,** | : | JURY TRAIL DEMANDED |
| | : | |
| Defendant. | : | CIVIL NO. |
| | : | |

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* for John E. Hilser, Esquire is hereby granted.

_____
United States District Judge

DATE:_____