THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BRENDAN WARD MASONRY, INC.** : | | |
| : | | |
| **Plaintiff** : | | |
| : | | |
| : | **C. A. NO. 07-751** | |
| v. : | | |
| : | **BREACH OF CONTRACT** | |
| **WU & ASSOCIATES, INC.** : | | |
| : | **JURY TRAIL DEMANDED** | |
| **Defendant** : | | |
| : | | |

**AMENDMENT TO COMPLAINT OF RIGHT**
**PURSUANT TO RULE 4.1(b)**

Pursuant to Delaware District Court Civil Rule 4.1(b), the plaintiff hereby amends its Complaint to allege that defendant Wu & Associates, Inc. is an out-of-state New Jersey corporation, as demonstrated by the Affidavit of Non-residence (Exhibit A). It is further alleged that defendant Wu & Associates, Inc. was served pursuant to 10 <u>Del. C.</u> § 3104(d) as demonstrated by the attached letter (Exhibit B) and the registered mail return receipt (Exhibit C). Said receipt was received by plaintiff's counsel on December 10, 2007.

ABER, GOLDLUST, BAKER & OVER

/s/ Perry F. Goldlust
PERRY F. GOLDLUST, ESQUIRE (DSB #770)
702 King Street, Ste. 600
P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900; (302) 472-4920 (FAX)
pgoldlust@gablawde.com
*Attorney for Plaintiff Brendan Ward Masonry, Inc*

DATED: <u>December 10, 2007</u>

**Of Counsel:**

JOHN E. HILSER, ESQUIRE
DEVLIEGER HILSER, P.C.
1518 Walnut Street, 16th Floor
Philadelphia, PA 19102
(215) 735-9181; (215) 735-9186 (FAX)
jhilser@dvhlaw.com

P:/Client/Hilser Esq/Amendment to Complaint.doc

# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRENDAN WARD MASONRY, INC. : | |
| : | |
| Plaintiff : | |
| : | |
| : | C. A. NO. 07-751 |
| v. : | |
| : | BREACH OF CONTRACT |
| WU & ASSOCIATES, INC. : | |
| : | JURY TRAIL DEMANDED |
| Defendant : | |
| : | |

**AFFIDAVIT OF NON-RESIDENCE**

I, **PERRY F. GOLDLUST**, am the attorney for the plaintiffs in C. A. No. 07-751. This affidavit is made on behalf of the plaintiffs in accordance with the provisions of 10 Del. C. § 3104(d) and is filed as an amendment to the Complaint.

The defendant, Wu & Associates, Inc., is a corporation of the State of New Jersey with its principal address located at 597 Deer Road, Cherry Hill, New Jersey, 08034.

On December 6, 2007, a notice (a copy of which is attached hereto and incorporated by reference is more fully set forth) was sent to the defendant by registered mail, return receipt requested, at the address set forth above. On December 10, 2007, the return receipt No. RB 669 218 729 US (a copy of which is attached hereto and incorporated by reference is more fully set forth) was received on behalf of the plaintiffs from the postal authorities showing service was accepted on December 7, 2007 by a signing agent for the defendant Wu & Associates, Inc.

ABER, GOLDLUST, BAKER & OVER

/s/ Perry F. Goldlust
PERRY F. GOLDLUST, ESQUIRE (DSB #770)
702 King Street, Ste. 600
P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900; (302) 472-4920 (FAX)
pgoldlust@gablawde.com
*Attorney for Plaintiff Brendan Ward Masonry, Inc*

DATED: December 10, 2007

**Of Counsel:**

JOHN E. HILSER, ESQUIRE
DEVLIEGER HILSER, P.C.
1518 Walnut Street, 16th Floor
Philadelphia, PA 19102
(215) 735-9181; (215) 735-9186 (FAX)
jhilser@dvhlaw.com

# EXHIBIT B

Case 1:07-cv-00751-GMS    Document 5-2    Filed 12/10/2007    Page 4 of 8

## ABER, GOLDLUST, BAKER & OVER
First Federal Plaza
702 King Street, Suite #600
Wilmington, DE 19801
(302) 472-4900

Attorney: Perry F. Goldlust    Requested by: Lois E. McAlees

File Name: Brendan Ward Masonry, Inc. v. Wu & Associates, Inc.

File #: 5134.001    Date: 12/6/07

Document: Letter to Wu & Associates w/copy of complaint documents

## COURT FILINGS

( ) Bankruptcy Court (4:00)
( ) J.P. Court 13 (4:00)
( ) U.S. District (4:30)
( ) Register In Chancery (4:30)
( ) Supreme Court (4:30)
( ) Common Pleas (4:30)
( ) other _____

( ) Family Court (4:30)
( ) I.A.B. (4:30)
( ) Register of Wills (4:30)
( ) Recorder of Deeds (4:45)
( ) Prothonotary (5:00)
( ) Public Employment Relations Bd.,
    State Off. Bldg., 4th Floor

# OF EXTRA COPIES TO BE CLOCKED IN _____
(X) THERE WILL BE NO CLOCK-INS

OTHER INSTRUCTI[ONS]: _____    [RE]CEIPT

PICKUP: _____

HAND DELIVERY: _____
Post Office

Date: _____

**Registered Mail Receipt (PS Form 3806):**
- Registered No. RB669218729US
- Reg. Fee: $9.50
- Handling Charge: $0.00
- Postage: $1.82
- Return Receipt: $2.15
- Restricted Delivery: $0.00
- Received by: [signature]
- Customer Must Declare Full Value: $0.00
- Without Postal Insurance
- Date Stamp: Wilmington, DE 19801, DEC 6 2007, 12/06/07, USPS Rodney Sq Sta
- FROM: Perry F. Goldlust, 702 King Street, PO Box 1675, Wilmington DE 19899
- TO: Wu + Associates, ~~Cherry Hill NJ 08034~~ Road, Cherry Hill, NJ 08034

PARCELS Inc.

Form/Service Sheet-Post Office

LAW OFFICES
# ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH**

(302) 472-4900
TELECOPIER (302) 472-4920

SENDER'S DIRECT FAX NO. (302) 792-7484
E-Mail: pgoldlust@gablawde.com

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

December 6, 2007

**VIA REGISTERED MAIL, RETURN RECEIPT REQUESTED**

Wu & Associates, Inc.
597 Deer Road
Cherry Hill, NJ 08034

RE:  Brendan Ward Masonry, Inc. v. Wu & Associates, Inc.
     C.A. No. 07-751
     Our File No. 5134.001

Dear Sir or Madam:

Enclosed please find a copy of the Summons, Complaint, and Sheriff's Return for the above-referenced action. The Summons and Complaint were served upon the Secretary of State of the State of Delaware on December 4, 2007.

Service of the original of these documents has been made upon the Secretary of State of the State of Delaware under the provisions of 10 Del. C. § 3104(d). Pursuant to 10 Del. C. § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Very truly yours,

*[signature]*

Perry F. Goldlust

/lem

Enclosures

# EXHIBIT C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>  12/7/07 |
| 1. Article Addressed to:<br><br>Wu + Associates<br>597 Deer Road<br>Cherry Hill, NJ 08034 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☒ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | RB 669 218 729 US |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Perry F. Goldlust, Esq.
RECEIVED

DEC 10 2007

Remarks _____