ARCHER & GREINER
A Professional Corporation
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801
(302) 777-4350
Fax:  (302) 777-4352
**Attorneys for Defendant, Wu & Associates, Inc.**

_____

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE
_____

BRENDAN WARD MASONRY, INC.

     Plaintiff,

v.                                                                          Civil No. 07-cv-00751

WU & ASSOCIATES, INC.

     Defendant.
_____

**MOTION FOR ADMISSION PRO HAC VICE**
_____

     Pursuant to Local Rule 83.5 and the attached Certification, undersigned counsel moves the admission pro hac vice of Sean T. O'Meara, Esquire, to represent the Defendant, Wu & Associates, Inc. in this matter.

                               ARCHER & GREINER
                               A Professional Corporation
                               Attorneys for Defendant

                               By:  _/s/ Peter L. Frattarelli (ID No. 2871)_
                                  PETER L. FRATTARELLI, ESQUIRE

Dated: March 13, 2008
3177876v1

ARCHER & GREINER
A Professional Corporation
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
(302) 777-4350
Fax: (302) 777-4352
Attorneys for Defendant, Wu & Associates, Inc.

---

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE

---

BRENDAN WARD MASONRY, INC.

    Plaintiff,

v.                                                  Civil No. 07-cv-00751

WU & ASSOCIATES, INC.

    Defendant.

---

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

---

    Pursuant to Local Rule 83.5, I certify that I, Sean T. O'Meara, am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and New Jersey, and pursuant t Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the

annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____*Sean T. O'Meara*_____

Dated: _____3/13/08_____

Sean T. O'Meara, Esquire
Archer & Greiner
A Professional Corporation
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 354-3082
(856) 795-0574 (Fax)

3179137v1

ARCHER & GREINER
A Professional Corporation
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801
(302) 777-4350
Fax:  (302) 777-4352
Attorneys for Defendant, Wu & Associates, Inc.

_____

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE
_____

BRENDAN WARD MASONRY, INC.

    Plaintiff,

v.                                                                Civil No. 07-cv-00751

WU & ASSOCIATES, INC.

    Defendant.
_____

**ORDER FOR ADMISSION PRO HAC VICE**
_____

**IT IS HEREBY ORDERED** pursuant to Local Rule 83.5 the motion for admission <u>pro hac vice</u> of Sean T. O'Meara, Esquire, to represent the Defendant, Wu & Associates, Inc. in this matter is **GRANTED**.

                                                                                        _____
                                                                                         J.

Dated: _____

3179164v1

ARCHER & GREINER
A Professional Corporation
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801
(302) 777-4350
Fax:  (302) 777-4352
Attorneys for Defendant, Wu & Associates, Inc.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

BRENDAN WARD MASONRY, INC.

     Plaintiff,

v.                                                                                              Civil No. 07-cv-00751

WU & ASSOCIATES, INC.
     Defendant.

## CERTIFICATE OF SERVICE

     I, Peter L. Frattarelli, hereby certify that on this 13th day of March, 2008, I caused to be served a true and correct copy of the foregoing Defendant's Motion for Admission Pro Hac Vice via electronic filing to the following attorney of record, who is a registered ECF User: Perry F. Goldlust, Esquire, Aber, Goldlust, Baker & Over, First Federal Plaza, Suite #600, P.O. Box 1675, Wilmington, DE 19899.

                                                     */s/ Peter L. Frattarelli*
                                                     Peter L. Frattarelli (Bar No. 2871)

3179951v1