THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRENDAN WARD MASONRY, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL NO. 07-cv-00751 |
| WU & ASSOCIATES, INC., | : BREACH OF CONTRACT |
| Defendant. | : JURY TRAIL DEMANDED |

### NOTICE OF APPEARANCE

TO:  Clerk of the Court
     U.S. District Court
     District of Delaware
     844 North King Street, Room 4209
     Lock Box 18
     Wilmington, DE  18901

PLEASE NOTICE THE APPEARANCE of Saagar B. Shah, Esquire as co-counsel for Plaintiff, Brendan Ward Masonry, Inc., in the above-referenced matter.

ABER, GOLDLUST, BAKER & OVER

/s/

SAAGAR B. SHAH (SBS #4148)
PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899-1675
(302) 472-4900; (302) 472-4920 (FAX)
pgoldlust@gablawde.com
sshah@gablawde.com
*Attorney for Plaintiff Brendan Ward Masonry, Inc*

DATED: April 9, 2008

Of Counsel:
JOHN E. HILSER, ESQUIRE
DEVLIEGER HILSER, P.C.
1518 Walnut Street, 16th Floor
Philadelphia, PA 19102
(215) 735-9181; (215) 735-9186 (FAX)
jhilser@dvhlaw.com

Client/Hilser/Notice of Appearance SBS

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRENDAN WARD MASONRY, INC., | : | |
| Plaintiff, | : | |
| | : | CIVIL NO. 07-cv-00751 |
| v. | : | |
| | : | BREACH OF CONTRACT |
| WU & ASSOCIATES, INC., | : | |
| Defendant. | : | JURY TRAIL DEMANDED |

### NOTICE OF SERVICE

I, SAAGAR B. SHAH, do hereby certify that two copies of the attached ENTRY OF APPEARANCE were mailed by U.S. Mail, postage-prepaid, on April 9, 2008 to:

Peter L. Frattarelli, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801

ABER, GOLDLUST, BAKER & OVER

SAAGAR B. SHAH (SBS #4148)
PERRY F. GOLDLUST (DSB #770)
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900; (302) 472-4920 (FAX)
pgoldlust@gablawde.com
sshah@gablawde.com
*Attorney for Plaintiff Brendan Ward Masonry, Inc*

DATED: April 9, 2008

Of Counsel:
JOHN E. HILSER, ESQUIRE
DEVLIEGER HILSER, P.C.
1518 Walnut Street, 16th Floor
Philadelphia, PA 19102
(215) 735-9181; (215) 735-9186 (FAX)
jhilser@dvhlaw.com

Chent/Hilser/Notice of Service-Entry of Appearance SBS