IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Brendan Ward Masonry Inc., | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-751-GMS |
| Wu & Associates Inc., | : |
| Defendant. | : |

### ORDER

At Wilmington this **16th** day of **July, 2008**:

IT IS ORDERED that the mediation conference scheduled for **September 15th, 2008 at 10:00 a.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED** and rescheduled for **September 18th, 2008 at 10:00 pm**. The order issued on June 25th, 2008 shall continue to govern the conference.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES MAGISTRATE JUDGE